In the Matter of the Claim of BESSIE WILLIAMS, Respondent, against ARTHUR GALLOW, INCORPORATED, and NEW AMSTERDAM CASUALTY CO., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of EMIL F. HESSINGER, Respondent, against THE CITY OF NEW YORK, Appellant, and HUDSON RIVER STATE HOSPITAL and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of COOPERDALE DAIRY CO., INC., Appellant, for an Order to Review the Determination of, and for an Order Reversing Said Determination of, and against HOLTON V. NOYES, Commissioner of Agriculture and Markets of the State of New York, Respondent.— Order affirmed, with ten dollars costs. Crapser, Heffernan, Schenck and Foster, JJ., concur; Hill, P. J., dissents.

HILLCREST LUMBER CO., INC., Appellant, v. VINCENT MANCUSI and DOROTHY MANCUSI, Respondents, and KENNETH A. WHITE and Others, Defendants.— Stay vacated. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.